UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JEFFREY E. KASHNER, DDS, MSD,<br><br>                        Plaintiff,<br><br>    v.<br><br>TRAVELERS INDEMNITY COMPANY OF AMERICA,<br><br>                        Defendants. | No.<br><br>COMPLAINT—CLASS ACTION<br><br>JURY DEMAND |

## I.  INTRODUCTION

Plaintiff Jeffrey E. Kashner, DDS, MSD ("Plaintiff" or "Kashner"), individually and on behalf of all other similarly situated members of the defined national class and Washington subclass (the "Class Members"), by and through the undersigned attorneys, brings this class action against Travelers Indemnity Company of America ("Defendant" or "Travelers") and alleges as follows based on personal knowledge and information and belief:

## II.  JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1332(d), because at least one Class member is of diverse citizenship from Defendant, there are 100 or more Class members nationwide, and the aggregate amount in

COMPLAINT—CLASS ACTION - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

controversy exceeds $5,000,000. The Court has supplemental jurisdiction over Plaintiffs' state law claims under 28 U.S.C. § 1367.

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(3) because the Court has personal jurisdiction over Defendant, a substantial portion the alleged wrongdoing occurred in this District and the state of Washington, and Defendant has sufficient contacts with this District and the state of Washington.

3. Venue is proper in the Western District of Washington pursuant to 28 U.S.C. §1391(b)(2) because a substantial part of the events or omissions giving rise to the claims at issue in this Complaint arose in this District. Plaintiff's place of business is located in Covington, Washington, King County. This action is therefore appropriately filed in the Seattle Division because a substantial portion of the events giving rise to this lawsuit arose in King County.

## III. PARTIES

4. Plaintiff Jeffrey E. Kashner, DDS, MSD owns and operates a dentistry practice located at 27015 169th Pl. SE, Ste. 201, in Covington, Washington, 98042.

5. Defendant Travelers Indemnity Company of America is an insurance carrier incorporated and domiciled in the State of Connecticut, with its principal place of business in Rocky Hill, Connecticut.

## IV. NATURE OF THE CASE

6. Due to COVID-19 and a state-ordered mandated closure, Plaintiff cannot provide dentistry services. Plaintiff intended to rely on his business insurance to keep his practice alive. This lawsuit is filed to ensure that Plaintiff and other similarly-situated policyholders receive the insurance benefits to which they are entitled and for which they paid.

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

7. Travelers issued one or more insurance policies to Plaintiff, including Businessowners Property Coverage and related endorsements, insuring Plaintiff's property and business practice and other coverages at all relevant times.

8. Plaintiff's business property includes property owned and leased by Plaintiff and used for general business purposes for the specific purpose of dentistry and other business activities.

9. Travelers' Businessowners Property Coverage promises to pay Plaintiff for risks of "DIRECT PHYSICAL LOSS" to covered property and includes coverage for risks of both "loss of or damage to" covered property.

10. Travelers' Businessowners Property Coverage provides Plaintiff with Business Income Coverage, Extra Expense Coverage, Extended Business Income Coverage and Civil Authority Coverage.

11. Plaintiff paid all premiums for the coverage when due.

12. On or about January 2020, the United States of America saw its first cases of persons infected by COVID-19, which has been designated a worldwide pandemic.

13. In light of this pandemic, Washington Governor Jay Inslee issued certain proclamations and orders affecting many persons and businesses in Washington, whether infected with COVID-19 or not, requiring certain public health precautions. Among other things, Governor Inslee's "Stay Home, Stay Healthy" order required the closure of all non-essential businesses, including Plaintiff's dental practice.

14. By order of Governor Inslee, dentists including Plaintiff were prohibited from practicing dentistry but for urgent and emergency procedures.

COMPLAINT—CLASS ACTION - 3

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

15. Plaintiff's property sustained direct physical loss and/or damages related to COVID-19 and/or the proclamations and orders.

16. Plaintiff's property will continue to sustain direct physical loss or damage covered by the Traveler's policy or policies, including but not limited to business interruption, extra expense, interruption by civil authority, and other expenses.

17. Plaintiff's property cannot be used for its intended purposes.

18. As a result of the above, Plaintiff has experienced and will experience loss covered by the Travelers policy or policies.

19. Plaintiff submitted a claim to Defendant for loss and damage to the covered property. On or around April 9, 2020, Defendant denied Plaintiff's claim.

## V.     CLASS ACTION ALLEGATIONS

20. This matter is brought by Plaintiff Jeffrey E. Kashner, DDS, MSD, on behalf of itself and those similarly situated, under Federal Rules of Civil Procedure 23(b)(1), 23(b)(2), and 23(b)(3).

21. The Classes and Subclasses that Plaintiff seek to represent are defined at this time as:

A. ***Business Income Coverage Breach of Contract Class:*** All persons and entities in the United States insured under a Travelers policy with Business Income Coverage who suffered a suspension of their business at the covered premises related to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities and whose Business Income claim was denied by Travelers.

B. ***Business Income Coverage Breach of Contract Washington Subclass:*** All persons and entities in the State of Washington insured under a Travelers policy with

COMPLAINT—CLASS ACTION - 4

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Business Income Coverage who suffered a suspension of their business at the covered premises related to COVID-19 and/or orders issued by Governor Inslee and/or other civil authorities and whose Business Income claim was denied by Travelers.

C. *Business Income Coverage Declaratory Relief Class:* All persons and entities in the United States insured under a Travelers policy with Business Income Coverage who suffered a suspension of their business at the covered premises related to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities.

D. *Business Income Coverage Declaratory Relief Washington Subclass:* All persons and entities in the State of Washington insured under a Travelers policy with Business Income Coverage who suffered a suspension of their business at the covered premises related to COVID-19 and/or orders issued by Governor Inslee and/or other civil authorities.

E. *Extra Expense Breach of Contract Class:* All persons and entities in the United States insured under a Travelers policy with Extra Expense coverage who incurred expenses while seeking to minimize losses from the suspension of business at the covered premises in connection with COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities and whose Extra Expense claim was denied by Travelers.

F. *Extra Expense Breach of Contract Washington Subclass:* All persons and entities in the State of Washington insured under a Travelers policy with Extra Expense coverage who incurred expenses while seeking to minimize losses from the suspension of business at the covered premises in connection with COVID-19 and/or

COMPLAINT—CLASS ACTION - 5

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

orders issued by Governor Inslee and/or other civil authorities and whose Extra Expense claim was denied by Travelers.

G. ***Extra Expense Declaratory Relief Class:*** All persons and entities in the United States insured under a Travelers policy with Extra Expense coverage who incurred expenses while seeking to minimize losses from the suspension of their business at the covered premises in connection with COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities.

H. ***Extra Expense Declaratory Relief Washington Subclass:*** All persons and entities in the State of Washington insured under a Travelers policy with Extra Expense coverage who incurred expenses while seeking to minimize losses from the suspension of their business at the covered premises in connection with COVID-19 and/or orders issued by Governor Inslee and/or other civil authorities.

I. ***Extended Business Income Breach of Contract Class***: All persons and entities in the United States insured under a Travelers policy with Extended Business Income coverage who suffered a suspension of their business at the covered premises related to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities and whose Extended Business Income claim was denied by Travelers.

J. ***Extended Business Income Breach of Contract Washington Subclass***: All persons and entities in the State of Washington insured under a Travelers policy with Extended Business Income coverage who suffered a suspension of their business at the covered premises related to COVID-19 and/or orders issued by Governor Inslee and/or

COMPLAINT—CLASS ACTION - 6

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

other civil authorities and whose Extended Business Income claim was denied by Travelers.

K. ***Extended Business Income Declaratory Relief Class:*** All persons and entities in the United States insured under a Travelers policy with Extended Business Income coverage who suffered a suspension of their business at the covered premises due to COVID-19 related to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities.

L. ***Extended Business Income Declaratory Relief Washington Subclass:*** All persons and entities in the State of Washington insured under a Travelers policy with Extended Business Income coverage who suffered a suspension of their business at the covered premises due to COVID-19 related to COVID-19 and/or orders issued by Governor Inslee and/or other civil authorities

M. ***Civil Authority Breach of Contract Class:*** All persons and entities in the United States insured under a Travelers policy with Civil Authority coverage who suffered a loss of business income and/or extra expense related to the impact of COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities and whose Civil Authority claim was denied by Travelers.

N. ***Civil Authority Breach of Contract Washington Subclass:*** All persons and entities in the State of Washington insured under a Travelers policy with Civil Authority coverage who suffered a loss of business income and/or extra expense related to the impact of COVID-19 and/or orders issued by Governor Inslee and/or other civil authorities and whose Civil Authority claim was denied by Travelers.

COMPLAINT—CLASS ACTION - 7

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

O.  ***Civil Authority Declaratory Relief Class:*** All persons and entities in the United States insured under a Travelers policy with Civil Authority coverage who suffered a loss of business income and/or extra expense related to the impact of COVID-19 19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities.

P.  ***Civil Authority Declaratory Relief Washington Subclass:*** All persons and entities in the State of Washington insured under a Travelers policy with Civil Authority coverage who suffered a loss of business income and/or extra expense related to the impact of COVID-19 19 and/or orders issued by Governor Inslee and/or other civil authorities.

22.  Excluded from the Class and Subclasses are Defendant's officers, directors, and employees; the judicial officers and associated court staff assigned to this case; and the immediate family members of such officers and staff. Plaintiff reserves the right to amend the Class definition based on information obtained in discovery.

23.  This action may properly be maintained on behalf of each proposed Class under the criteria of Rule 23 of the Federal Rules of Civil Procedure.

24.  **Numerosity**: The members of the Class are so numerous that joinder of all members would be impractical. Plaintiff is informed and believes that the proposed Class contains thousands of members. The precise number of class members can be ascertained through discovery, which will include Defendant's records of policyholders.

25.  **Commonality and Predominance**: Common questions of law and fact predominate over any questions affecting only individual members of the Class. Common questions include, but are not limited to, the following:

COMPLAINT—CLASS ACTION - 8

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

A. Whether the class members suffered covered losses based on common policies issued to members of the Class;

B. Whether Travelers' acted in a manner common to the class and wrongfully denied claims for coverage relating to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities;

C. Whether Business Income coverage in Travelers' policies of insurance applies to a suspension of practice relating to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities;

D. Whether Extra Expense coverage in Travelers' policies of insurance applies to efforts to minimize a loss relating to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities;

E. Whether Extended Practice Income coverage in Travelers' policies of insurance applies to a suspension of practice relating to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or civil authorities;

F. Whether Civil Authority coverage in Travelers' policies of insurance applies to a suspension of practice relating to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or civil authorities;

G. Whether Travelers has breached its contracts of insurance through a blanket denial of all claims based on business interruption, income loss or closures related to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities;

H. Whether, because of Defendant's conduct, Plaintiff and the class members have suffered damages; and if so, the appropriate amount thereof; and

COMPLAINT—CLASS ACTION - 9

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

I. Whether, because of Defendant's conduct, Plaintiff and the class members are entitled to equitable and declaratory relief, and if so, the nature of such relief.

26. **Typicality**: Plaintiff's claims are typical of the claims of the members of the classes. Plaintiff and all the members of the classes have been injured by the same wrongful practices of Defendant. Plaintiff's claims arise from the same practices and course of conduct that give rise to the claims of the members of the Class and are based on the same legal theories.

27. **Adequacy**: Plaintiff will fully and adequately assert and protect the interests of the classes and has retained class counsel who are experienced and qualified in prosecuting class actions. Neither Plaintiff nor its attorneys have any interests contrary to or in conflict with the Class.

28. **Federal Rule of Civil Procedure 23(b)(1), the Risk of Inconsistent or Varying Adjudications and Impairment to Other Class Members' Interests**: Plaintiff seeks adjudication as to the interpretation, and resultant scope, of Defendant's policies, which are common to all members of the class. The prosecution of separate actions by individual members of the classes would risk of inconsistent or varying interpretations of those policy terms and create inconsistent standards of conduct for Defendant. The policy interpretations sought by Plaintiff could also impair the ability of absent class members to protect their interests.

29. **Federal Rule of Civil Procedure 23(b)(2), Declaratory and Injunctive Relief**: Defendant acted or refused to act on grounds generally applicable to Plaintiff and other members of the proposed classes making injunctive relief and declaratory relief appropriate on a classwide basis.

30. **Federal Rule of Civil Procedure 23(b)(3), Superiority**: A class action is superior to all other available methods of the fair and efficient adjudication of this lawsuit. While

COMPLAINT—CLASS ACTION - 10

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

the aggregate damages sustained by the classes are likely to be in the millions of dollars, the individual damages incurred by each class member may be too small to warrant the expense of individual suits. Individual litigation creates a risk of inconsistent and/or contradictory decisions and the court system would be unduly burdened by individual litigation of such cases. A class action would result in a unified adjudication, with the benefits of economies of scale and supervision by a single court.

## VI.   CAUSES OF ACTION

### Count One—Declaratory Judgment

*(Brought on behalf of the Business Income Coverage Declaratory Relief Class, Business Income Coverage Declaratory Relief Washington Subclass, Extended Business Income Declaratory Relief Class, Extended Business Income Declaratory Relief Washington Subclass, Civil Authority Declaratory Relief Class, Civil Authority Declaratory Relief Washington Subclass, Extra Expense Declaratory Relief Class, and Extra Expense Declaratory Relief Washington Subclass)*

31. Previous paragraphs alleged are incorporated herein.

32. This is a cause of action for declaratory judgment pursuant to the Declaratory Judgment Act, codified at 28 U.S.C. § 2201.

33. Plaintiff brings this cause of action on behalf of the Business Income Coverage Declaratory Relief Class, Business Income Coverage Declaratory Relief Washington Subclass, Extended Business Income Declaratory Relief Class, Extended Business Income Declaratory Relief Washington Subclass, Civil Authority Declaratory Relief Class, Civil Authority Declaratory Relief Washington Subclass, Extra Expense Declaratory Relief Class, and Extra Expense Declaratory Relief Washington Subclass.

34. Plaintiff seeks a declaratory judgment declaring that Plaintiff's and class members losses and expenses resulting from the interruption of their business are covered by the Policy.

COMPLAINT—CLASS ACTION - 11

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

35. Plaintiff seeks a declaratory judgment declaring that Travelers is responsible for timely and fully paying all such losses.

### Count Two—Breach of Contract

*(Brought on behalf of the Business Income Coverage Breach of Contract Class, Business Income Coverage Breach of Contract Washington Subclass, Extended Business Income Breach of Contract Class, Extended Business Income Breach of Contract Washington Subclass, Civil Authority Breach of Contract Class, Civil Authority Breach of Contract Washington Subclass, Extra Expense Breach of Contract Class, and Extra Expense Breach of Contract Washington Subclass)*

36. Previous paragraphs alleged are incorporated herein.

37. Plaintiff brings this cause of action on behalf of the Business Income Coverage Breach of Contract Class, Extended Business Income Breach of Contract Class, Civil Authority Breach of Contract Class, and Extra Expense Breach of Contract Class.

38. The Policy is a contract under which Plaintiff and the class paid premiums to Travelers in exchange for Travelers's promise to pay Plaintiff and the class for all claims covered by the Policy.

39. Plaintiff has paid its insurance premiums.

40. Travelers denied coverage for Plaintiff's claim.

41. Denying coverage for the claim is a breach of the insurance contract.

42. Plaintiff is harmed by the breach of the insurance contract by Travelers.

### VII.  PRAYER FOR RELIEF

1. A declaratory judgment that the policy or policies cover the plaintiff's losses and expenses resulting from the interruption of the plaintiff's business by COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other authorities.

2. A declaratory judgment that the defendant is responsible for timely and fully paying all such losses.

COMPLAINT—CLASS ACTION - 12

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

3. Damages.

4. Pre- and post-judgment interest at the highest allowable rate.

5. Reasonable attorney fees and costs.

6. Such further and other relief as the Court shall deem appropriate.

## VIII. DEMAND FOR JURY

Plaintiff Hsue demands a jury trial on all claims so triable.

DATED this 24th day of April, 2020.

COMPLAINT—CLASS ACTION - 13

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

KELLER ROHRBACK L.L.P.

By: *s/ Ian S. Birk*
By: *s/ Lynn L. Sarko*
By: *s/ Gretchen Freeman Cappio*
By: *s/ Irene M. Hecht*
By: *s/ Maureen Falecki*
By: *s/ Amy Williams Derry*
By: *s/ Nathan Nanfelt*

    Ian S. Birk, WSBA #31431
    Lynn L. Sarko, WSBA #16569
    Gretchen Freeman Cappio, WSBA #29576
    Irene M. Hecht, WSBA #1106
    Maureen Falecki, WSBA #18569
    Amy Williams Derry, WSBA #28711
    Nathan L. Nanfelt, WSBA #45273
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101
    Telephone: (206) 623-1900
    Fax: (206) 623-3384
    Email: ibirk@kellerrohrback.com
    Email: lsarko@kellerrohrback.com
    Email: gcappio@kellerrohrback.com
    Email: ihecht@kellerrohrback.com
    Email: mfalecki@kellerrohrback.com
    Email: awilliams-derry@kellerrrohrback.com
    Email: nnanfelt@kellerrrohrback.com

By: *s/ Alison Chase* (Pro hac applic. to be filed)
    Alison Chase, CA Bar #226976
    801 Garden Street, Suite 301
    Santa Barbara, CA 93101
    Email: achase@kellerrohrback.com
    Telephone: (805) 456-1496
    Fax: (805) 456-1497

***Attorneys for Plaintiff***

4811-9191-3402, v. 1

COMPLAINT—CLASS ACTION - 14

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384